IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:24-CR-619 AGF |
| | ) |
| GEORGE PACE, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR OUT OF DISTRICT TRAVEL

COMES NOW defendant George Pace, by and through his attorneys, Assistant Federal Public Defender Kevin C. Curran and Eric M. Selig and moves the Court to grant him out of district travel for a one-day trip on Friday, June 26, 2026. Mr. Pace's mother is 88 years old and lives in Mammoth Springs, Arkansas. She is currently unable to travel as documented in the presentence report. Mr. Pace would like to visit her before surrendering to the Bureau of Prisons. Mammoth Springs, Arkansas is about a 3.5-hour drive from St. Louis, Missouri. Defendant plans to leave early morning on June 26, 2026 at a time coordinated with his pretrial release officer and return that same evening. If granted, Mr. Pace will provide his mother's address and any other necessary information to his pretrial release officer.

WHEREFORE, defendant moves the Court to grant defendant's motion for permission to travel out of district for a one-day trip.

Respectfully submitted,


/s/ Kevin C. Curran
KEVIN C. CURRAN, 29234MO
Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Curran@fd.org
ATTORNEY FOR DEFENDANT


/s/ Eric M. Selig
ERIC M. Selig 40673MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, MO 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
Email: Eric_Selig@fd.org
ATTORNEY FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Gwendolyn Carroll, Assistant United States Attorney.


/s/ Kevin C. Curran
KEVIN C. CURRAN
Assistant Federal Public Defender


/s/ Eric Selig
ERIC SELIG
Assistant Federal Public Defender


2